1

2

3

4

5               UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
6                       AT TACOMA

7    RANDY COY HENDERSON,

8              Plaintiff,                    Case No. C06-5510 FDB/KLS

9        v.                                 ORDER ADOPTING REPORT AND
                                            RECOMMENDATION
10   CANDY ZRELIAK, *et al.*,

11             Defendants.

12          Plaintiff claims that Defendants violated his civil rights by withholding certain pre-trial

13   hearing transcripts in violation of a court order, and Defendants moved for summary judgment.

14   Magistrate Judge Karen L. Strombom recommends that Defendants' motion should be granted

15   because Plaintiff's claims are time barred.  Plaintiff filed objections to the Report and

16   Recommendation, as well as a "Motion for Joinder of Persons," to which the present defendants

17   have responded, arguing that the summary judgment motion should be decided first and that any

18   claims against Cowlitz County and Cowlitz County Reporter's Office and Prosecutor's Office should

19   be barred for the same reasons set forth in Defendants' summary judgment motion.

20          The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L.

21   Strombom, objections to the Report and Recommendation,  and the remaining record, concludes that

22   Plaintiff's arguments lack merit and that Defendants' summary judgment motion must be granted for

23   the reasons stated in the Report and Recommendation.  Adoption of the Report and

24   Recommendation renders Plaintiff's Motion for Joinder moot.  NOW, THEREFORE

25

26   ORDER - 1

IT IS ORDERED:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Defendants' motion for summary judgment (Dkt. # 40) is **GRANTED**;

    (3)    Plaintiff's Motion for Joinder (Dkt. # 32) is found to be MOOT;

    (4)    Plaintiff's Complaint is **DISMISSED WITH PREJUDICE**; and

    (5)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants and to the Hon. Karen L. Strombom.

DATED this 4th day of September 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 2