# United States District Court

WESTERN DISTRICT OF WASHINGTON

RANDY COY HENDERSON

v.                                         **JUDGMENT IN A CIVIL CASE**

CANDY ZRELIAK, et al.

CASE NUMBER: C06-5510FDB

____  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX  **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. Defendant's motion for Summary Judgment (Dkt # 40) is GRANTED.

3. Plaintiff's motion for Joinder (Dkt #62) is found to be MOOT.

4. Plaintiff's Compliant is DISMISSED WITH PREJUDICE.


September 5, 2007                          BRUCE RIFKIN
                                              Clerk

                                           s/ D. Forbes
                                           By, Deputy Clerk